UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BROWARD PSYCHOLOGY, P.A., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>IBEAT, INC.,<br><br>*Defendant.* | Case No. 19-cv-62200 DIMITROULEAS<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Broward Psychology, P.A. hereby gives notice of the dismissal of this action, with each party to bear its own attorneys' fees and costs.

Dated: November 4, 2019

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
Florida Bar No. 84382
KAUFMAN P.A.
400 N.W. 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Counsel for Plaintiff and
all others similarly situated*

1