UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62200-CIV-DIMITROULEAS

BROWARD PSYCHOLOGY, P.A.,
individually and on behalf of all
others similarly situated,

    Plaintiffs,

vs.

IBEAT, INC.,

    Defendants.

_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal (the "Notice") [DE 7], filed herein on November 4, 2019. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as that the Notice [DE 7] is hereby **APPROVED**. This case is **DISMISSED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of November, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record